UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SANG JON LEE,<br><br>　　　　Defendant. | CASE NO.: CR 04-432C<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS REGARDING<br>ALLEGED VIOLATION OF<br>PRETRIAL RELEASE |

The Pretrial Services Office and the United States have presented information indicating that defendant has violated the conditions of release. Specifically, the defendant is alleged to have consumed marijuana on or about May 11, 2005. At a hearing on July 5, 2005, defendant admitted the alleged violation. With the admission, Pretrial Services agreed to dismiss the allegations that defendant also violated his bond by consuming methamphetamine on or about May 11, 2005 and by committing the offense of Minor Operating a Vehicle After Consuming Alcohol on or about April 5, 2005. The court therefore FINDS:

1. By clear and convincing evidence, that defendant has violated the conditions of release by consuming marijuana;

2. Although the defendant has pled guilty and been given permission to self-report to the Bureau of Prisons at a later date, he is warned that further violations of the

conditions of pretrial release may very possibly result in revocation of release and an acceleration of his transfer to the BOP to commence serving his sentence.

It is therefore ORDERED, that defendant's release on the previously entered appearance bond will be continued.

DATED this 5th day of July 2005.

/s/  MARY ALICE THEILER
United States Magistrate Judge