UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-432-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| SANG JON LEE, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 30, 2009. The United States was represented by AUSA Tessa Gorman and the defendant by Peter Avenia. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 17, 2005 by the Honorable John C. Coughenour on a charge of Conspiracy to Distribute Ecstacy, and sentenced to 24 months custody, three years supervised release. (Dkt. 72.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to mandatory drug testing, abstain from the use of alcohol, participate in a

substance abuse program, submit to search, provide access to financial information upon request of his probation officer, and obtain approval for all employment and submit pay stubs to his probation officer.

On May 11, 2008, defendant's supervised release was modified to required 60 days in home confinement with electronic monitoring. (Dkt. 86.)

In an application dated April 11, 2009 (Dkt. 88), U.S. Probation Officer Michael J. Larson alleged the following violations of the conditions of supervised release:

1. Failing to submit a truthful and complete written report within the first five days of the month for February 2009, in violation of standard condition number two.

2. Committing the crime of Organized Retail Theft 2nd Degree on or about March 30, 2009, in violation of Section 9A.56.350 of the Revised Code of Washington, and the general condition requiring he not commit another federal, state, or local crime.

3. Committing the crime of Obstructing a Public Servant on or about March 30, 2009, in violation of Section 9A.76.020 of the Revised Code of Washington, and the general condition requiring he not commit another federal, state, or local crime.

4. Associating with persons engaged in criminal activity, namely Ahn Bui and Son Bui, on or about March 30, 2009, in violation of standard condition number nine.

5. Failing to notify the probation office within 72 hours of being arrested or questioned by law enforcement on or before April 2, 2009, in violation of standard condition number eleven.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1, 4 and 5 and waived any evidentiary hearing as

to whether they occurred. An evidentiary hearing was conducted on alleged violations 2 and 3. Plaintiff's Exhibit 1 was admitted into evidence without objection, consisting of the King County Sheriff's Incident Report for 3/30/2009 relating to the alleged incident. The defendant stipulated that he was the individual referenced in the report as "Sang Joon Lee". The report shows that defendant committed violations 2 and 3 by a preponderance of the evidence.

I therefore recommend the Court find defendant violated his supervised release as alleged in all five violations, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 30th day of April, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Tessa Gorman
Defendant's attorney: Peter Avenia
Probation officer: Michael J. Larson